Frank Bernard Ladzikowski, a minor, by Frank A. Ladzikowski, his father and next friend, defendant in error, v. Frank S. Kizior, plaintiff in error. Gen. No. 34,358.

Heard in the first division of this court for the

first district at the June term, 1930. ■ Opinion filed November 3, 1930.

Green & Rice, for plaintiff in error. Charles G. Palmer, for defendant in error; Clyde C. Fisher, of counsel.

Mr. Justice McSurely delivered the opinion of the court.